# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WALLACE A. GARDNER,                                                                                      PLAINTIFF
ADC #110784

v.                                          5:15CV00223-SWW-JTK

WENDY KELLEY, et al.                                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of August, 2015.

                                                 /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE